UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NICOLE G. B., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 2:19-cv-00496-LEW |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

The United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. The time within which to file objections has expired with no objection being filed. Accordingly, the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby ADOPTED. The Commissioner's final administrative decision is VACATED and REMANDED.

**SO ORDERED.**

Dated this 10th day of November, 2020.

                                              /s/ Lance E. Walker
                                      UNITED STATES DISTRICT JUDGE